JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISON

| | |
|---|---|
| PAUL SAPAN,<br><br>         Plaintiff,<br>   vs.<br><br>LEXINGTON MORTGAGE CORPORATION d/b/a LEXINGTON HOME LOANS, a California Corporation, and SPIROS K. CHENG, an individual,<br><br>         Defendants. | Case No.: 8:16-cv-1718 JVS (DFMx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br><br><br><br>Judge: Hon. James V. Selna |

- 1 -

ORDER

- 2 -

Pursuant to the joint motion of the parties for dismissal with prejudice and all other papers and arguments submitted with respect thereto, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

This case is hereby dismissed in its entirety with prejudice as to all defendants.

**IT IS SO ORDERED.**

Dated: August 15, 2017

_____
HON. JAMES V. SELNA